## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| AWAD HAMED AL-BANDAR | ) | |
| | ) | |
| Petitioner, | ) | Case No.: 06-2209 (RMC) |
| | ) | |
| v. | ) | |
| | ) | |
| GEORGE W. BUSH, *et al.* | ) | |
| | ) | |
| Respondents. | ) | |

## **NOTICE OF APPEAL**

NOTICE is hereby given that Petitioner Awad Hamed Al-Bandar hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from the District Court's Order of December 27, 2006 and as amended and superceded December 28, 2006 (dkt. no. 4), dismissing Petitioner's Petition for Writ of Habeas Corpus and denying Petitioner's Motion for Temporary Restraining Order to Preserve the *Status Quo* and Prevent Divestiture of this Court's Jurisdiction by the Transfer of Petitioner from U.S. Custody During Pendency of Habeas Proceedings.

December 28, 2006

Respectfully submitted,

___ /s/_____

Ramsey Clark [#73833]
Counsel of Record
Lawrence W. Schilling
37 West 12th Street
New York, New York 10011
(212) 989-6613
(212) 979-1583 (FAX)

___/s/_____

Carl Messineo (#450033)
Mara Verheyden-Hilliard (#450031)
PARTNERSHIP FOR CIVIL JUSTICE
10 G Street, NW Suite 650
Washington, DC 20002
(202) 789-4330
(202) 789-4333 fax

Curtis F.J. Doebbler [#481243]
1003 K Street, NW,#640
Washington, D.C. 20001
(202) 248-1411
(206) 984-4734 (FAX)

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of December, 2006, a copy of the foregoing Notice of Appeal was served via electronic service (ECF) to counsel of record in lower court proceedings:

Edward White
U.S. Department of Justice
Civil Division, Federal Branch Program
20 Massachusetts Avenue, NW Room 6110
Washington, DC 20530

and served via messenger and electronic mail to respondents' counsel on appeal:

Lewis Yelin
U.S. Department of Justice
950 Pennsylvania Avenue, NW Room 7318
Washington, DC 20530

Carl Messineo

3