# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 06-5425**                          **September Term, 2006**

06cv02209

**Filed On:**

Awad Hamed Al-Bandar,
        Appellant

        v.

George W. Bush, President of the United States, et
al.,
        Appellees



UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

FILED  MAR − 8 2007

CLERK

FILED
MAY − 3 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**BEFORE:**    Sentelle, Rogers, and Garland, Circuit Judges

### O R D E R

Upon consideration of the motion to dismiss appeal as moot and the response
thereto; and the suggestion of death, it is

**ORDERED** that the motion to dismiss appeal as moot be granted.

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk
is directed to withhold issuance of the mandate herein until seven days after resolution
of any timely petition for rehearing or petition for rehearing en banc. See Fed. R. App.
P. 41(b); D.C. Cir. Rule 41.

**Per Curiam**

MANDATE
Pursuant to the provisions of Fed. R. App.Pro.41(a)

ISSUED:  4, 27, 07
BY:
ATTACHED:  ___ Amending Order
           ___ Opinion
           ___ Order on Costs

A True copy:

        United States Court of Appeals
        for the District of Columbia Circuit

By: _____ Deputy Clerk